1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    TROY KING,                              Case No.  21-cv-08748-KAW

8              Plaintiff,                    **ORDER TO SHOW CAUSE**

9         v.                                 Re: Dkt. No. 7

10   TACO BELL CORP., et al.,

11             Defendants.

12

13       On November 10, 2021, Plaintiff filed this civil action and application to proceed *in forma*

14   *pauperis*.  On December 13, 2021, the Court granted Plaintiff's application to proceed *in forma*

15   *pauperis*. Pursuant to 28 U.S.C. § 1915(e)(2), the Court then screened Plaintiff's complaint and

16   found it deficient, finding that Plaintiff had failed to adequately allege his claims. (Dkt. No. 7 at

17   2.)  The Court ordered Plaintiff to file an amended complaint that provided the legal and factual

18   basis for all claims by January 14, 2022. *Id.* at 5.  The Court warned that the failure to do so

19   would result in the case being reassigned to a district judge with the recommendation that the case

20   be dismissed.  *Id.* To date, Plaintiff has not filed an amended complaint.

21       Accordingly, the Court ORDERS Plaintiff to show cause, by **February 14, 2022**, why the

22   case should not be dismissed for failure to prosecute, and why he did not timely file the amended

23   complaint. Additionally, Plaintiff shall file the amended complaint.  Failure to respond to the order

24   to show cause and file the amended complaint by the deadline will result in the Court reassigning

25   the case to a district judge with the recommendation that the case be dismissed.

26       Again, Plaintiff may wish to contact the Federal Pro Bono Project's Help Desk for

27   assistance—a free service for pro se litigants—by calling (415) 782-8982 to make an appointment.

28   Plaintiff may also wish to consult the manual the court has adopted to assist pro se litigants in

United States District Court
Northern District of California

1   presenting their case.  This manual, and other free information for pro se litigants, is available

2   online at: http://cand.uscourts.gov/proselitigants.

3          In light of the order to show cause, the Court CONTINUES the February 8, 2022 case

4   management conference to April 5, 2022 at 1:30 p.m.

5          IT IS SO ORDERED.

6   Dated: January 27, 2022

7                                                        _____
                                                         KANDIS A. WESTMORE

8                                                        United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2