UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KING,<br><br>        Plaintiff,<br><br>v.<br><br>TACO BELL CORP., et al.,<br><br>        Defendants. | Case No. 21-cv-08748-KAW<br><br>**ORDER DISMISSING CASE**<br><br>Re: Dkt. No. 22 |

Plaintiff Troy King filed this civil action and an application to proceed *in forma pauperis*. (Compl., Dkt. No. 1; IFP Appl., Dkt. No. 2.) On December 13, 2021, the Court granted Plaintiff's *in forma pauperis* application, but found that the complaint was deficient under 28 U.S.C. § 1915(e)(2). (Dkt. No. 7.) The Court allowed Plaintiff to file an amended complaint that would cure the defects identified in the screening order. (*Id.*) After receiving an extension, Plaintiff filed his amended complaint on March 19, 2022. (First Am. Compl. ("FAC"), Dkt. No. 16.)

On May 24, 2022, the Court dismissed Plaintiff's complaint, finding that the complaint was still deficient. (Dkt. No. 22.) The Court dismissed Plaintiff's negligence and negligent infliction of emotional distress claims without leave to amend. (*Id.* at 6.) As to Plaintiff's intentional infliction of emotional distress claim, the Court gave Plaintiff leave to amend, but stated that Plaintiff "must plead sufficient facts to demonstrate severe emotional distress. Failure to do so will result in the claim being dismissed with prejudice. Plaintiff may not amend new claims." (*Id.*)

Plaintiff's amended complaint was due within 21 days of the May 24, 2022 order, or June 14, 2022. To date, Plaintiff has not filed an amended complaint. Accordingly, the Court ORDERS Plaintiff to show cause, by **July 22, 2022**, why this case should not be dismissed for

failure to prosecute by: (1) filing his amended complaint, and (2) explaining why Plaintiff failed to comply with the Court's order.  Failure to timely respond to this order to show cause **will** result in the case being dismissed for failure to prosecute.

     IT IS SO ORDERED.

Dated: July 5, 2022

KANDIS A. WESTMORE
United States Magistrate Judge