UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KING,<br><br>           Plaintiff,<br><br>   v.<br><br>TACO BELL CORP., et al.,<br><br>           Defendants. | Case No. 21-cv-08748-KAW<br><br>**SECOND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 24 |

On May 24, 2022, the Court dismissed Plaintiff's complaint, finding that the complaint was deficient. (Dkt. No. 22.) The Court dismissed Plaintiff's negligence and negligent infliction of emotional distress claims without leave to amend. As to Plaintiff's intentional infliction of emotional distress claim, the Court gave Plaintiff leave to amend, but stated that Plaintiff "must plead sufficient facts to demonstrate severe emotional distress. Failure to do so will result in the claim being dismissed with prejudice. Plaintiff may not add new claims." (*Id.* at 6.)

Plaintiff's amended complaint was due within 21 days of the May 24, 2022 order, or June 14, 2022. Plaintiff did not file an amended complaint. On July 5, 2022, the Court issued an order to show cause, requiring Plaintiff to explain why the case should not be dismissed for failure to prosecute. (Dkt. No. 24.) The Court warned that failure to timely respond to the order would result in the case being dismissed for failure to prosecute.

Plaintiff's response to the order to show cause was due by July 22, 2022. To date, Plaintiff has not filed a response to the order to show cause. Accordingly, the Court ORDERS Plaintiff to show cause, by **August 4, 2022**, why this case should not be dismissed for failure to prosecute by: (1) filing his amended complaint, and (2) explaining why Plaintiff failed to comply with the Court's orders. Failure to timely respond to this order **will** result in the case being dismissed for

1  failure to prosecute.

2      IT IS SO ORDERED.

3  Dated: July 28, 2022

4                                        KANDIS A. WESTMORE
                                      United States Magistrate Judge